

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-13-00415-CR, 01-13-00416-CR, 01-13-00417-CR

Style: Javier Noel Campos

v. The State of Texas

Date motion filed*: February 14, 2014

Type of motion: Extension of time to file appellant's brief

Party filing motion: Appellant

Document to be filed: Appellant's brief

Is appeal accelerated? No

If motion to extend time:
Original due date: October 10, 2013

Number of previous extensions granted: 2      Current Due date: February 14, 2014

Date Requested: May 19, 2014

Ordered that motion is:

☑ Granted in part, denied in part

If document is to be filed, document due: March 19, 2014

☑ The Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

**If the brief is not filed by March 19, 2014, the Court may set a date for appellant's counsel to appear and show cause why appellant's brief was not timely filed.**

Judge's signature: /s/ Evelyn V. Keyes
        ☑ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: March 6, 2014

November 7, 2008 Revision